# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Jamaal Lambert<br>*Plaintiff*<br>v.<br>City of Kenosha, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 26-cv-1828 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Plaintiff Jamaal Lamber .

Date: 10/05/2026

/s/ Ben H. Elson
*Attorney's signature*

Ben H. Elson, Bar Number 1055444
*Printed name and bar number*

People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
*Address*

ben@peopleslawoffice.com
*E-mail address*

(773) 235-0070
*Telephone number*

(773) 235-6699
*FAX number*

Print Save As... Reset